Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SAUCEDA, | ) |
| | ) CASE NO.: 2:18-cv-10088 GW DFM |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER FOR DISMISSAL |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

IT IS ORDERED that this matter is dismissed without prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATED: May 2, 2019

_____
HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE